**Order entered December 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01647-CR

**RICARDO BELTRAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1056077-M**

## ORDER

We **GRANT** appellant's December 29, 2015 motion for extension of time to file supplemental brief and **ORDER** the brief be filed no later than February 13, 2016. As the appeal is set for submission March 22, 2016, if the brief is not timely filed, the appeal may be submitted on appellant's original brief.

/s/    DOUGLAS S. LANG
JUSTICE